IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

STUART C. IRBY COMPANY, INC.                                             PLAINTIFF

Vs.                              4:13-CV-00171-BRW

BRANDON TIPTON, *et al*

## JUDGMENT

In accordance with the Court's Order entered April 17, 2014, judgment is hereby entered granting Defendants Motion for Summary Judgment.

IT IS SO ORDERED this 17th day of April, 2014.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE